IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA,
CHARLOTTE DIVISION
CASE NO. 3:09-cv-378-W

BEVERLY D. WHITE and )
VICTOR A. WHITE, )
 ) **CONSENT ORDER**
 Plaintiffs, ) **ALLOWING SUBSTITUTION OF**
 ) **WAL-MART STORES EAST, LP**
vs. ) **AS DEFENDANT AND**
 ) **DISMISSAL OF DEFENDANT**
WAL-MART STORES EAST, LP, ) **WAL-MART STORES, INC.**
 )
 Defendant. )

This cause coming on to be heard and being heard by the undersigned, with the consent of the parties, through their counsel, and it appearing to the Court:

1. Plaintiffs mistakenly named "Wal-Mart Stores, Inc." as the party Defendant in the Plaintiffs' Complaint;

2. "Wal-Mart Stores, Inc." was properly served with a Summons and Complaint via certified mail by service on its registered agent, CT Corporation System;;

3. The parties consent and agree that "Wal-Mart Stores East, LP" is the proper Defendant in this case; and

4. Wal-Mart Stores East, LP agrees to submit to the jurisdiction of the District Court of the United States for the Western District of North Carolina; and

5. Plaintiff, through the joint consent motion, moves to dismiss Defendant "Wal-Mart Stores, Inc.," and the Court finds that pursuant to Rule 41(a)(1), dismissal is appropriate.

THEREFORE, IT IS ORDERED, by and with the consent of the parties, that Wal-Mart Stores East, LP, be substituted as the Defendant for Wal-Mart Stores, Inc.; that "Wal-Mart Stores East, LP"

is substituted for "Wal-Mart Stores, Inc." in the style and body of the Complaint and the Case Management Order; that Wal-Mart Stores East, LP, is subject to the jurisdiction of this Court; that Wal-Mart Stores East, LP, is given 20 days to answer the complaint; and that Wal-Mart Stores, Inc., is dismissed as Defendant in this case.

Signed: September 28, 2009

_____
Frank D. Whitney
United States District Judge

WE CONSENT:

\s\Thomas J. Hefferon
Thomas J. Hefferon
Attorney for Plaintiffs

\s\K. Neal Davis
K. Neal Davis
Attorney for Wal-Mart Stores, Inc. and
Wal-Mart Stores East, LP

\s\Michael Todd
Michael Todd
Attorney for Plaintiffs

\s\Justin N. Davis
Justin N. Davis
Attorney for Wal-Mart Stores, Inc. and
Wal-Mart Stores East, LP